In re Edward C. JAWORSKI, Thomas M. Sullivan, and Ian A. Glew.

No. 04–1020.

United States Court of Appeals, Federal Circuit.

Jan. 30, 2004.

LINN, Circuit Judge.

*ORDER*

Upon consideration of the unopposed motion of the Director of the Patent and Trademark Office to remand this appeal for further proceedings before the Board of Patent Appeals and Interferences,

IT IS ORDERED THAT:

(1) The motion is granted.

(2) Each side shall bear its own costs.

Berdelle G. Brown HECKSTALL, Plaintiff–Appellant,

v.

UNITED STATES, Defendant–Appellee.

No. 04–5033.

United States Court of Appeals, Federal Circuit.

Jan. 30, 2004.

*ORDER*

Upon consideration of Berdelle G. Brown Heckstall's unopposed motion to voluntarily dismiss her appeal,

IT IS ORDERED THAT:

(1) The motion is granted.

(2) Each side shall bear its own costs.